Roger Kyle Davis, pro se. Kathleen B. Martin, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Roger Kyle Davis seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Davis v. Warden, Buckingham Corr. Ctr.*, No. CA–99–603–7 (W.D.Va. Sept. 8, 2000). Davis' motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Robert V. Funk, pro se. Banci Enga Tewolde, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Robert V. Funk seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Funk v. Young*, No. CA–99–801–7 (W.D.Va. Sept. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Robert V. FUNK, Petitioner–Appellant,

v.

S.K. YOUNG, Respondent–Appellee.

No. 00–7524.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

UNITED STATES of America, Plaintiff–Appellee,

v.

Michile Anthony BLOUNT, a/k/a Markus Williamson, Defendant–Appellant.

No. 00–7563.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.